Admission to the Bar in the Seventh Judicial District.— Joseph W. Taylor, an attorney residing at Rochester, N. Y., appointed to fill the vacancy caused by the death of Hon. Edwin A. Nash.

In the Matter of the Judicial Settlement of the Accounts of Charles A. Bruff and S. Wallace Hagaman, as Administrators, etc., of Cornelia M. Bruff, Deceased.— Motion granted and appeal dismissed, without costs.

Jane Mahanna, Appellant, v. Frank Phillips, Respondent.— Appeal dismissed upon stipulation filed.

In the Matter of Otto F. Erickson, an Attorney and Counselor at Law.— Report of referee confirmed and the said Otto F. Erickson disbarred and his name stricken from the roll of attorneys and counselors at law.

The Town of Royalton, Appellant, v. Empire Engineering Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. Held, that as matter of law the temporary injunction was properly denied because the complaint does not state a cause of action. All concurred; McLennan, P. J., and Robson, J., concurring upon the further ground that in any event the court properly exercised its discretion in the premises.

Nathan S. Black, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented.

Louise S. French, Respondent, v. Richard A. Fagan and Others, Appellants, Impleaded with Edgar Knapp and Mary E. Webber.— Judgment affirmed, with costs. All concurred.

Anna Brown, Respondent, v. Supreme Tribe of Ben Hur, Appellant.— Judgment and order affirmed, with costs. All concurred.

George H. Root, Administrator, etc., of Jesse N. Westcott, Deceased, Appellant, v. Pennsylvania Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented.

Oliver J. Teeft, Respondent, v. Buffalo Dry Dock Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the defendant was not shown guilty of actionable negligence, and that the plaintiff assumed the risk of the employment.

Pauline Dieter, as Administratrix, etc., of John Dieter, Plaintiff, v. Gabriel J. Elias and Abraham J. Elias, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs. All concurred, except Williams and Kruse, JJ., who dissented.

The People's Bank of Buffalo, Respondent, v. George Alexander Company, Appellant. (Action No. 1.) — Judgment and order affirmed, with costs. All concurred.

The People's Bank of Buffalo, Respondent, v. George Alexander Company, Appellant. (Action No. 2.) — Judgment and order affirmed, with costs. All concurred.

De Laplante Lumber Company, Limited, Respondent, v. George Alexander Company, Appellant.— Judgment and order affirmed, with costs. All concurred.